CHARLES CASTLE, Appellant, v. GUY E. JACKSON, Respondent.— Judgment and order reversed on the facts and new trial granted, with costs to the appellant to abide the event. (See memorandum in *Wilcox* v. *Jackson, ante,* p. 910.) All concur.

CARL DOMRES, Respondent, v. SUSIE M. STORMS, as Executrix, etc., of FREDERICK W. STORMS, Deceased, Appellant.— Judgment affirmed, with costs. All concur.

PIERCE, BUTLER & PIERCE MANUFACTURING CORPORATION, Respondent, v. CITY OF SYRACUSE, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

BLOOMINGTON LIMESTONE COMPANY, Respondent, v. BOARD OF EDUCATION OF THE CITY OF LOCKPORT, N. Y., and Others, Defendants, Impleaded with CCLUMBIA CASUALTY COMPANY, Appellant.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted. [See 240 App. Div. 440.]

BARNEY BERMAN, Respondent, v. MICHIGAN CENTRAL RAILROAD COMPANY, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

THOMAS C. TASKER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

ROYAL DEVELOPMENT COMPANY, Appellant, v. JOHN J. BENNETT, JR., as Attorney-General of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See *ante,* p. 791.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROYAL DEVELOPMENT COMPANY, Appellant; JAMES NAUGHTEN and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

LOCKPORT PLATE AND WINDOW GLASS COMPANY, INCORPCRATED, Appellant, v. ABRAHAM M. ATLAS, Defendant, and EMANUEL ATLAS and Others, Respondents.— Motion for a reargument denied, with ten dollars costs.

In the Matter of Proving the Last Will and Testament of ROWLAND HILL, Deceased.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. We think that the charge to the effect that where the proof of undue influence is based on circumstantial evidence, such evidence must be such as to make the inference of its exercise irresistible, was erroneous. Nevertheless, it was not of sufficient importance in view of the entire charge and all the proof upon the trial to require a reversal.

FRANCES P. ANDERSON, Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted. [See *ante,* p. 792.]

In the Matter of the Application of FRANK RAYMOND, Appellant, for a Peremptory Mandamus Order against S. RAY FAIRBANKS and Another, Respondents.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of GEORGE C. DIEHL, INCORPORATED, for a Mandamus Order Directed to WALTER J. LOHR, Mayor, and Others, Constituting the Mayor, Board of Councilmen, and Treasurer of the City of Lackawanna.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.